Leslie Harris, Respondent, v. Roscoe Holmes et al., Doing Business as Holmes & Murphy, et al., Appellants.—

Present— Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Dunkirk Trust Company, as Administrator of the Estate of Lucinda Helwig, Deceased, Respondent, v. Old Vienna, Inc., Appellant.—

Present— Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Harriet Oliver et al., Respondents, v. City of Lackawanna, Appellant.—

Present— Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Automobile Finance Company, Respondent, v. Hazel M. Holmes, Appellant.

Present— Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Security Trust Company of Rochester, as Trustee, Respondent, v. Catherine M. Burlew et al., as Executors of Henry L. Burlew, Deceased, et al., Appellants, and Joseph H. Bradley et al., as Executors of Walter E. Woolsey, Deceased, Defendants-Respondents.—

Present— Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.   [179 Misc. 338.]

Robert J. Moore, Respondent, v. LeVan G. Smith et al., Appellants, et al., Defendants.—

Present— Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.